THE STATE OF MISSOURI, Appellant, v. BEN. GALLEGO, Respondent.

Kansas City Court of Appeals, April 9, 1894.

Information: DISTURBING PEACE. An  information  charged  that defendant disturbed the peace of an indivdual by offensive and indecent conversation.  *Held*, it was properly quashed.

*Appeal from the Barton Circuit Court.*—HON. D. P. STRATTON, Judge.

AFFIRMED.

*S. N. Van Pool* for appellant.

*H. C. Timmonds* for respondent.

ELLISON, J.—The defendant was arraigned on an information under section 3784, Revised Statutes, 1889. He was charged in the information with having disturbed the peace of one "Martha Martin by offensive and indecent conversation." The statute is by *"loud and* offensive or indecent conversation." The information was quashed on account of omitting to charge that the conversation was loud.

It was properly quashed and the judgment will be affirmed.  All concur.